IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Calvin D. Brown, III and Kayla Y. Brown | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 13-1235-CV-W-HFS ) |
| Kozeny & McCubbin, LC, | ) ) |
| Defendant. | ) |

**ORDER**

Pending before the Court is Defendant Kozeny & McCubbin, L.C.'s Motion to Dismiss Plaintiffs' Complaint For Failure to State a Claim. (Doc. 6). Plaintiffs' response to this motion was due on March 24, 2014. On May 16, 2014, this Court entered an Order to plaintiffs to show cause, in writing, on or before May 30, 2014, why Defendant Kozeny &McCubbin, L.C.'s Motion to Dismiss for Failure to State a Claim should not be granted. (Doc. 9). Plaintiffs have not responded to this Order to Show Cause. Accordingly, Defendant Kozeny &McCubbin's Motion to Dismiss for Failure to State a Claim is GRANTED. (Doc. 6). It is further ORDERED

that the above referenced action is DISMISSED. It is further

ORDERED that the Clerk of Court mail a copy of this order by regular and certified mail, return receipt requested to:

      Calvin D. Brown and Kayla Y. Brown
      8400 Hedge Ave
      Raytown, Mo 64138-3442

      /s/ Howard F. Sachs
      HOWARD F. SACHS
      UNITED STATES DISTRICT JUDGE

June  18 , 2014

Kansas City, Missouri